# United States Court of Appeals for the Federal Circuit

E R R A T U M

April 18, 2005

Appeal No. 03-1609 <u>Juicy Whip v. Orange Bang</u>

Precedential Opinion

Decided:  September 3, 2004

"Change the Conclusion to read as follows:

> For the reasons stated above, we <u>affirm</u> the district court's denial of enhanced damages and attorney fees, <u>vacate</u> the damages award, and <u>remand</u> for further proceedings to permit Juicy Whip to attempt to prove lost profits damages in excess of reasonable royalty damages, failing which the reasonable royalty damages already determined should be reinstated."